# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:07-CR-88 CAS |
| v. ) | |
| ) | |
| RUBEN GONZALES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on various pretrial matters. Pursuant to 28 U.S.C. § 636(b), this Court referred all pretrial matters to United States Magistrate Judge David D. Noce. On March 20, 2007, Magistrate Judge Noce filed an Order and Recommendation of United States Magistrate Judge which recommended that defendant's oral Motion to Suppress Evidence and Statements be denied.

No objections have been filed to the Magistrate Judge's Order and Recommendation. Accordingly, after careful review,

**IT IS HEREBY ORDERED** that the Order and Recommendation of United States Magistrate Judge is **sustained, adopted** and **incorporated** herein. [Doc. 23]

**IT IS FURTHER ORDERED** that defendant's oral Motion to Suppress Evidence and Statements is **DENIED.**

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  20th  day of April, 2007.